United States District Court
Southern District of Texas

**ENTERED**

February 16, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LUCIANO LOPEZ,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:22-CV-00403** |
| | § | |
| **VINCENTE SOTO,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

**ORDER**

Parties filed a Joint Stipulation of Dismissal. (Doc. 16.) Accordingly, this case is

**CLOSED** and Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Signed at Houston, Texas on February 16, 2023.

Keith P. Ellison
United States District Judge